UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Miguel Angel GONZALEZ-Pinto,** | Title 18, U.S.C., Sec. 922(g)(5) Possession of a Firearm by an Illegal Alien (Felony) |
| Defendant | |

'08 MJ 0160

The undersigned complainant, being duly sworn, states:

That on or about **January 18, 2008**, within the Southern District of California, defendant **Miguel Angel GONZALEZ-Pinto**, an alien, illegally and unlawfully in the United States, did knowingly and unlawfully possess, in and affecting commerce, a firearm to wit: **one Ruger, model Super Blackhawk, .44 caliber, revolver, serial number: 84-22633,** in violation of Title 18, United States Code, Section 922 (g)(5).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deven Wooddy
Immigration Enforcement Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **22nd** DAY OF **January 2008**.

UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Miguel Angel GONZALEZ-Pinto

## PROBABLE CAUSE STATEMENT

In violation of the aforementioned statute, of the following acts were committed in the Southern District of California:

On January 18, 2008, Immigration and Customs Enforcement (ICE) Agents with Detention and Removal Operations (DRO), assigned to the Fugitive Unit, apprehended the defendant identified as, "Miguel Angel GONZALEZ-Pinto", in San Diego, California, for an outstanding warrant of removal. As Agents approached the defendant, they discovered him to be in possession of a loaded firearm, to wit: one Ruger, model Super Blackhawk, .44 caliber, revolver, serial number: 84-22633. The (ICE/DRO) Agents contacted the San Diego Sheriffs Department who later arrived and took possession of said firearm. The defendant was transported to the San Diego (ICE) Field Office for further investigation.

A thorough review of official immigration computer database record checks revealed the defendant to be a citizen of Mexico unlawfully residing in the United States. Records further revealed an order of removal from the United States, to Mexico, by an Immigration Judge in San Diego, California, on or about August 23, 2004.

On January 18, 2008, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Matt Beals informed ICE that the aforementioned firearm was manufactured in Connecticut; therefore, it traveled in and affected interstate commerce.