'08 CR 0384 DMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIGUEL ANGEL GONZALEZ-PINTO,<br><br>    Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 922(g)(5)(A) and 924(a)(2) -<br>Illegal Alien in Possession of a<br>Firearm and Ammunition; Title 18,<br>U.S.C., Sec. 922(g)(9) -<br>Unlawful Possession of a Firearm |

The grand jury charges:

Count 1

On or about January 18, 2008, within the Southern District of California, defendant MIGUEL ANGEL GONZALEZ-PINTO, an alien illegally and unlawfully in the United States, did knowingly and intentionally possess, in and affecting commerce firearms, to wit: one Ruger magnum, .44 caliber, model Ruger Super Blackhawk, serial number 84-22633; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

//

//

//

CPH:em:San Diego
2/14/08

Count 2

On or about January 18, 2008, within the Southern District of California, defendant MIGUEL ANGEL GONZALEZ-PINTO, being a person who had previously been convicted of a misdemeanor crime of domestic violence, to wit, on or about January 19, 2001, in the Superior Court of California, County of San Diego, of the offense of Inflict Corporal Injury on Spouse/Co-Habitant, in violation of California Penal Code Section 273.5(a); did knowingly and unlawfully possess in and affecting commerce a firearm, that is, a loaded .44 caliber Ruger Super Blackhawk magnum, serial number 84-22633, and six .44 caliber magnum rounds in the chamber; in violation of Title 18, United States Code, Section 922(g)(9).

DATED: February 14, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney