UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR0384-DMS |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **MIGUEL ANGEL GONZALEZ-PINTO**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

        Joseph Orabona
        Assistant United States Attorney
        880 Front Street
        San Diego, CA 92101

Dated: March 21, 2008

    s/ *Leila W. Morgan*
    **LEILA W. MORGAN**
    Federal Defenders of San Diego, Inc.
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467 (tel); (619) 687-2666 (fax)
    E-mail: Leila_Morganl@fd.org