**LEILA W. MORGAN**
California Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Leila_Morgan@fd.org

Attorneys for Mr. Gonzalez-Pinto

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR0384-DMS |
| Plaintiff, ) | |
| v. ) | JOINT MOTION TO CONTINUE |
| ) | SENTENCING HEARING |
| MIGUEL ANGEL GONZALEZ-PINTO, ) | |
| Defendant. ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Leila W. Morgan, and Federal Defenders of San Diego, counsel for Mr. Gonzalez-Pinto, along with Assistant United States Attorney Joseph Orabona, that the sentencing hearing set for August 29, 2008 at 9:00 a.m. be continued until September 12, 2008 at 9:00 a.m.

Respectfully submitted,

Dated: August 28, 2008
*/s/ Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Gonzalez-Pinto
Leila_Morgan@fd.org

Dated: August 28, 2008
*/s/ Joseph Orabona*
**Joseph Orabona**
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Joseph Orabona
Assistant United States Attorney
joseph.orabona@usdoj.gov

                      Respectfully submitted,

Dated: August 28, 2008         */s/ Leila W. Morgan*
                                     **LEILA W. MORGAN**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Mr. Gonzalez-Pinto
                                     Leila_Morgan@fd.org