UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR0384-DMS |
| )  Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE |
| MIGUEL ANGEL GONZALEZ-PINTO, ) | SENTENCING HEARING |
| )  Defendant. ) | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the sentencing hearing currently set for August 29, 2008 at 9:00 a.m. be continued until September 12, 2008 at 9:00 a.m.

**SO ORDERED.**

DATED: August 28, 2008

_____
HON. DANA M. SABRAW
United States District Judge